UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| WANDA NESMITH, o/b/o A.S., a minor child, | ) ) ) |
| Plaintiff, | ) ) |
| v. | NO. CV-07-217-CI ) ) |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) **JUDGMENT IN A** ) **CIVIL CASE** ) |
| Defendant. | ) ) |

**DECISION BY THE COURT:**

This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

Plaintiff's Motion for Summary Judgment is **GRANTED;** the matter is **REMANDED** to the Commissioner for additional proceeding. Defendant's Motion for Summary Judgment is **DENIED**, and Judgment is entered for Plaintiff.

DATED this 8th day of April, 2008.

JAMES R. LARSEN
District Court Executive/Clerk

s/ L. Stejskal
Deputy Clerk